# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CANEZ, | Case No. 20-cv-02401-BAS-MDD |
| Plaintiff, | |
| v. | **ORDER REQUIRING ANSWER** |
| ALEJANDRO MAYORKAS, *et al.*, | |
| Defendants. | |

Plaintiff David Canez brought this action against the Department of the Homeland Security ("DHS") and related Defendants, raising three causes of action: (1) racial discrimination in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000(e) *et seq.* ("Title VII"); (2) age discrimination in violation of Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq.* ("ADEA"); and (3) creating or maintaining a hostile work environment in violation of Title VII. (Compl. ¶¶ 25–40, ECF No. 1.) On July 29, 2021, the Court granted Defendants' unopposed partial motion to dismiss, dismissing without prejudice Plaintiffs' Title VII racial discrimination claim and ADEA claim as to all Defendants. (Order, ECF No. 8.) The Court also dismissed all individual Defendants except Secretary of DHS Alejandro Mayorkas. (*Id.*)

Plaintiff's Third Cause of Action for hostile work environment under Title VII remains pending against Defendants Secretary Mayorkas, DHS, and DHS Office of

Inspector General. (*See id.*) Defendants have not filed an answer. Accordingly, the Court **ORDERS** Defendants to file an answer to Plaintiff's Third Cause of Action **on or before October 22, 2021**.

      **IT IS SO ORDERED.**

**DATED: October 13, 2021**

Hon. Cynthia Bashant
United States District Judge