```
Manuel L. Ramirez (SBN 103054)
THE RAMIREZ LAW FIRM
185 West F Street, Suite 100
San Diego, CA 92101
Tel: (619) 630-8382
Fax: (619) 342-7597
Attorneys for Plaintiff
DAVID CANEZ

RANDY S. GROSSMAN
United States Attorney
LESLIE M. GARDNER
Assistant U.S. Attorney
California Bar No. 228693
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA  92101-8893
(619) 546-7603
leslie.gardner2@usdoj.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CANEZ,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary, United States Department of<br>Homeland Security<br><br>　　　　　　Defendants. | Case No.: 20-CV-2401-BAS-MDD<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

　　　The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a

negotiated settlement executed by them, to the Dismissal with Prejudice of this action, with each party to bear its own attorney fees and costs.

DATE: March 8, 2022                    THE RAMIREZ LAW FIRM

                                              By: */s/ Manuel L. Ramirez*
                                                  Manuel L. Ramirez
                                                  Attorneys for Plaintiff

DATE: March 8, 2022                    RANDY S. GROSSMAN
                                             United States Attorney

                                              By: */s/ Leslie M. Gardner*
                                                  Leslie Gardner
                                                  Assistant U.S. Attorney
                                                  Attorney for Defendant

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I certify that the contents of this document are acceptable to counsel for Plaintiff and that I have obtained his authorization to electronically sign for him and file this document.

                                                          */s/ Leslie M. Gardner*
                                                          Leslie Gardner